United States District Court
Southern District of Texas
**ENTERED**
August 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANIA-U NIGERIA LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-16-1457 |
| | § | |
| CHEVRON U.S.A, INC, ALI MOSHIRI and MONCEF ATTIA, | § § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

For the reasons stated on the record at the initial conference held August 19, 2016, the court grants Chevron U.S.A., Inc.'s motion to dismiss, (Docket Entries No. 4, 25), grants Ali Moshiri's motion to dismiss, (Docket Entries No. 10, 26), grants Moncef Attia's motion to dismiss, (Docket Entries No. 13, 31), and denies Britannia-U Nigeria Limited's motion to remand, (Docket Entry No. 11). This case is dismissed without prejudice to allow the arbitration to proceed.

SIGNED on August 19, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge